UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID J. SHEPARD,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD CHUNG, ESQ.,<br><br>Defendant. | Civil Action No. 23-CV-10718-AK |

**ORDER**

**A. KELLEY, D.J.**

Plaintiff David J. Shepard, who is proceeding *pro se*, asserts a breach of contract action against Seattle attorney Edward Chung, Esq. In an order dated May 11, 2023, the Court directed Shepard to show cause why this action should not be dismissed without prejudice for lack of subject matter jurisdiction. [See Dkt. 4]. The Court stated that failure to respond to the order within twenty-eight (28) days may result in dismissal of the case. [Id.].

The time for responding to the show cause order has passed without any response from Shepard. Accordingly, for the reasons set forth in its May 11, 2023 order, the Court orders that this action be **DISMISSED** without prejudice for lack of subject matter jurisdiction. The motion for leave to proceed *in forma pauperis* [Dkt. 2] shall be terminated as moot.

**SO ORDERED.**

Dated: June 27, 2023                             /s/ Angel Kelley
                                                                Hon. Angel Kelley
                                                                United States District Judge